```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/09
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

CHARLES SMITH,

          Plaintiff,

  -against-

THE CITY OF NEW YORK, NEW YORK,
THE NEW YORK CITY POLICE DEPARTMENT,
and MONICA SMITH, POLICE OFFICER,

          Defendants.
-----------------------------------

JOINDER OF PARTIES
(FRCP 19)

08 CIV 10268
(RMB)

Application Granted, Amended Complaint to be filed by 7/15/09

SO ORDERED:
RMB
RICHARD M. BERMAN U.S.D.J.
7/13/09

   The Plaintiff moves the Court to allow the joinder of the following parties without whom this matter cannot be fully adjudicated:

   The City of New York; As the defendants correctly point out in their Answer, the City is the proper party defendant for the Plaintiff s claims of failure to train and supervise New York City Police officers and for the Plaintiff s claims of *respondent superior* liability for the State torts of the defendants.

   New York City Police Officer Monica McCann, Shield # 29334 is named by the defendants as one of the officers involved in the incident which is the basis of these claims.

   New York City Police Officer Jessica Torres, Shield # 1909 is named by the defendants as one of the officers involved in the incident which is the basis of these claims.

   New York City Police Officer Renee Sola, Shield # 13606 is named by the defendants as one of the officers involved in the incident which is the basis of these claims.

New York Police Sergeant Timothy Brown, Shield # 714 is named by the defendants as one of the officers involved in the incident which is the basis of these claims.

Dated: New York, New York
July 3, 2009

Respectfully submitted,

s/

Dan L. Johnston, (dlj-0806).
ATTORNEY FOR PLAINTIFF
611 Broadway, Suite 712
New York, New York 10012
Tel. (212) 505-1515

Copy to:
Michael A. Cardoza
Amy N. Oerkeke
New York City Department of Law
100 Church Street
New York, New York 10007